JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY S., an Individual, | Case No. 5:21-01436 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: February 27, 2023         /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge