UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY S., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. 5:21-01436 ADS<br><br>AMENDED JUDGMENT |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Order Granting Plaintiff's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).  (Dkt. No. 23.)


DATED:  March 31, 2023            /s/ Autumn D. Spaeth
                                                THE HONORABLE AUTUMN D. SPAETH
                                                United States Magistrate Judge