LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANDREY SAWICKI, | No. 5:21-CV-1436 ADS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE: 4/26/2023       /s/ Autumn D. Spaeth
                                   HON. AUTUMN D. SPAETH,
                                   UNITED STATES MAGISTRATE JUDGE